**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone 201-803-9346   FAX 201-447-4962



July 11, 2016                    *WITHOUT IMMEDIATE ACTION THESE NUMBERS MAY NOT HOLD*

SPUTNIK INTERNATIONAL

Anton Anisimov,

As you know RM Broadcasting has always had your interest at heart. We realize you have been seeking budget for operation in the US. Since we know the US market and want to provide the best service available not only for broadcast time but also proper PR and advertizing opportunities.

Here is a short outline of what is available to give you a broad distribution of your signal. Talk radio in the US is still primarily on AM radio, people do not listen to FM in the US for talk radio, they listen to music.

We can offer you the following putting you on the air in NYC, Washington DC, Baltimore, Miami and LA, 24/7. The prices listed are for each individual stations if you take all four areas a discount will be offered.

| | | | |
|---|---|---|---|
| NYC | WWRU | 1660 | ▮ |
| DC area includes | | | |
| Washington DC | WZHF | 1390 | ▮ |
| Baltimore MA | WFBR | 1590 | |
| Rockville MA | WLXE | 1600 | |
| Miami | WNMA | 1210 | ▮ |
| LA | KALI | 900 | ▮ |

The total is ▮ per month however if you take all as a package the cost would be only ▮ per month on a 3 year contract.

Offer is good for 20 days and approval of all station owners and legal.

Sincerely,

Arnold Ferolito
President

**NEW YORK           WASHINGTON DC           MOSCOW**

**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone  201-803-9346   FAX  201-447-4962



September 16, 2016

SPUTNIK INTERNATIONAL

Anton Anisimov,

As you realize my original letter of July 11, 2016 was good for 20 days, that has long passed and the owner of the stations has made adjustment. He actually kept the offer until end of August, but no longer available.

KALI-AM in LA is no longer available, the too additional stations WFBR-AM 1590 AM Baltimore, MD and WLXE-AM Rockville, MD are in the process of being leased to a Mexican group, if you want them they can be made available for ▇▇▇▇ per month additional for the both of them within the limitations of this offer.

We can offer you the following putting you on the air in NYC, Washington DC, and Miami 24/7. The prices listed are for each individual station.

| Location | Station | Freq | Price |
|---|---|---|---|
| NYC | WWRU | 1660 | ▇▇▇▇ |
| Washington DC | WZHF | 1390 | ▇▇▇▇ |
| Miami | WNMA | 1210 | ▇▇▇▇ |

The total is ▇▇▇▇ per month on a 3 year contract.

Another possibility for NY is the station I would buy and if successful would require from you a payment of ▇▇▇▇ per month for 4 to 5 years. It's difficult in several ways I would have to have an agreement before which would be contingent on being able to purchase the station. In all likelihood there will be several bidders and could take some time.

Offer is good for 20 days and is subject to approval of all station owners and legal.

Sincerely,

Arnold Ferolito
President

**NEW YORK**          **WASHINGTON DC**          **MOSCOW**

**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone 201-803-9346  FAX 201-447-4962



October 21, 2016


SPUTNIK INTERNATIONAL
Zubovsky Blvd 4
Moscow, Russia

Anton Anisimov,

As you realize my original letter of July 11, 2016 was good for 20 days, that has long passed and the owner of the stations has made adjustment. He actually kept the offer until end of August, but no longer available.

KALI-AM in LA is no longer available, the too additional stations WFBR-AM 1590 AM Baltimore, MD and WLXE-AM Rockville, MD are in the process of being leased to a Mexican group, if you want them they may be still available for ▮▮▮▮ per month additional for the both of them within the limitations of this offer.

We no longer have the luxury of time it has run out, Miami has an offer from ESPN to lease for 3 years and New York also to extent Korean Broadcasting as well. I have used up all my ability to delay, my friendship can go just so far, it's now business.

We can offer you the following putting you on the air in NYC, Washington DC, and Miami 24/7, starting November 15, 2016. The prices listed are for each individual station.

| | | | |
|---|---|---|---|
| NYC | WWRU | 1660 | ▮▮▮▮ |
| Washington DC | WZHF | 1390 | ▮▮▮▮ |
| Miami | WNMA | 1210 | ▮▮▮▮ |

The total is ▮▮▮▮ per month on a 3 year contract. Contract requires 2 month deposit and payments first of the month in advance. Contracts should probably be separate for each station.

Offer is good for only a few days and is subject to approval of all station owners and legal.

Sincerely,

Arnold Ferolito
President


**NEW YORK           WASHINGTON DC           MOSCOW**

**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone 201-803-9346   FAX 201-447-4962



November 10, 2016

SPUTNIK INTERNATIONAL
Zubovsky Blvd 4
Moscow, Russia

Anton Anisimov,

As you realize my original letter of July 11, 2016 was good for 20 days, that has long passed and the owner of the stations has made adjustment. He actually kept the offer until end of August, but no longer available.

KALI-AM in LA is no longer available, the too additional stations WFBR-AM 1590 AM Baltimore, MD and WLXE-AM Rockville, MD have been leased to a Mexican group, if you want them they may be still available for ■■■ per month additional for the both of them within the limitations of this offer.

We no longer have the luxury of time it has run out; Miami has an offer from ESPN to lease for 3 years and New York also to extent Korean Broadcasting as well. I have used up all my ability to delay, my friendship can go just so far, it's now business.

We can offer you the following putting you on the air in NYC, Washington DC, and Miami and Boston, MA 24/7, starting December 1, 2016. The prices listed are for each individual station, subject to change and availability.

| Location | Station | Freq | Price |
|---|---|---|---|
| NYC | WWRU | 1660 | ■■■ |
| Washington DC | WZHF | 1390 | ■■■ |
| Miami | WNMA | 1210 | ■■■ |
| Boston | WAZN | 1470 | ■■■ |

The total is ■■■ per month on a 3 year contract. Contract requires 2 month deposit and payments first of the month in advance. Contracts should probably be separate for each station.

Offer is subject to approval of all station owners and legal.

Sincerely,

Arnold Ferolito
President

NEW YORK            WASHINGTON DC            MOSCOW



Зубовский бульвар, д. 4, Москва, 119021
ОГРН: 5137746242937
ИНН/КПП: 7704853840/770401001

Телефон: +7 (495) 645 6601, +7 (495) 645 6470
Факс: +7 (495) 637 4545
E-mail: office@rian.ru

ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ
«МЕЖДУНАРОДНОЕ ИНФОРМАЦИОННОЕ АГЕНТСТВО «РОССИЯ СЕГОДНЯ»

11.11.2016   № 2787-70/14

на № _____   от _____

Attn.:
Mr. Arnold Ferolito, Owner, RM Broadcasting LLC
**Letter of intent**

**Dear Mr. Ferolito,**

The Rossiya Segodnya International Information Agency sends its compliments, and would like to confirm its interest in your proposal to purchase broadcasting time at radio stations in New York City, Washington DC, Miami and Boston. We are examining your proposal alongside those received from other brokers.

We would like to assure you that we will adopt a final decision on the question of cooperation no later than December 1, 2017.

This preliminary letter of intent does not stipulate any additional financial or legal obligations.

Sincerely yours,

**First Deputy Editor in Chief**                                                    Sergei Kochetkov

**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone 201-803-9346  FAX 201-447-4962



August 1, 2017

SPUTNIK INTERNATIONAL
Zubovsky Blvd 4
Moscow, Russia

Anton Anisimov,

It's hard to believe that the one year cycle has come already. I can make the following offer based on the fact that the station owner has an option to change programmers since the present companies were on a one year basis.

We can offer you the following starting October 1, 2017. The prices listed are for each individual station, subject to change and availability.

| | | | |
|---|---|---|---|
| NYC | WWRU | 1660 | ▓▓▓ |
| Washington DC | WZHF | 1390 | ▓▓▓ |
| Miami | WNMA | 1210 | ▓▓▓ |
| Boston | WAZN | 1470 | ▓▓▓ |
| Houston | K LVL | 1480 | ▓▓▓ |

The total is ▓▓▓ per month on a 3 year contract. If you were to take all the stations I would be able to negotiate a group discount so the total would be ▓▓▓ per month. The Houston station is a separate owner that will always be at ▓▓▓. If you decided not to take Houston station but took all the other stations the price would be ▓▓▓ per month if it was less than the four stations in the group then it would be as per indicated above. I hope this is not confusing, I tried to make it as easy as possible and tried to get you the best deal since I understand your budget constraints.

Contract requires 2 month deposit and payments first of the month in advance.

Offer is subject to approval of all station owners and legal and is good for 20 days.

Sincerely,

Arnold Ferolito
President

NEW YORK            WASHINGTON DC            MOSCOW

**RM BROADCASTING LLC**
101 Waters Edge Drive, Jupiter, Florida 33477
Telephone 201-803-9346   FAX 201-447-4962



November 2, 2017

Sergei Kochetkov
First Deputy Editor in Chief
SPUTNIK INTERNATIONAL
Zubovsky Blvd 4
Moscow, Russia

Dear Mr. Kochetkov,

I have confirmed with the station owner and he is agreeing to lease WZHF AM 1390 in Washington DC to RM Broadcasting LLC. The terms of this agreement are a monthly rate of ███████ based on a three-year lease, deposit of ███████ with signings of contract, the fee of ███████ to be paid by the first of every month. Your contract will be with RM Broadcasting LLC, 101 Waters Edge Dr., Jupiter, FL 33477.

As previously mentioned the New York station can only be made available after the first of the year, the Korean broadcaster presently leasing the station is expected to enter into a new contract by sometime in December.

I look forward to working with you on this project, it's been a long time coming and I'm pleased to see that progress is being made.

Sincerely,

Arnold Ferolito
President



NEW YORK                    WASHINGTON DC                    MOSCOW