UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RM BROADCASTING, LLC,                   Case No. 9:18-cv-81418-RLR

    Plaintiff/Counter-Defendant,

v.

UNITED STATES DEPARTMENT
OF JUSTICE,

    Defendant/Counter-Plaintiff.
_____/

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION

Plaintiff and Counterclaim Defendant RM Broadcasting, LLC, and Defendant and Counterclaim Plaintiff the United States Department of Justice hereby request, pursuant to Rule 26(c) and 29 of the Federal Rules of Civil Procedure, that the Court GRANT their Joint Motion for Entry of Stipulated Protective Order Governing Confidential Information and ENTER the Stipulated Protective Order, attached as Exhibit A.

Respectfully submitted this 25th day of March 2019.

| For the Plaintiff/Counter-Defendant: | For the Defendant-Counter-Plaintiff: |
|---|---|
| FISHER BROYLES LLP<br>*Attorneys for Plaintiff/Counter-Defendant,*<br>*RM Broadcasting, LLC*<br>2390 Tamiami Trail North, Suite 100<br>Naples, FL 34103<br>Telephone: (202) 570-0248<br>Facsimile: (239) 236-1260<br><br>By: /s/ Nicole Hughes Waid<br>Nicole Hughes Waid<br>Fla. Bar. No. 121720<br>nicole.waid@fisherbroyles.com | ARIANA FAJARDO ORSHAN<br>United States Attorney<br><br>John C. Demers<br>Assistant Attorney General<br>National Security Division<br><br>Nicholas Hunter<br>Trial Attorney<br>US Department of Justice<br>National Security Division<br>Counterintelligence and Export |

1

Brian Dickerson
Fla. Bar. No. 106615
brian.dickerson@fisherbroyles.com

950 Pennsylvania Ave, NW
Washington DC 20530

Matthew Feeley
Assistant United States Attorney
United States Attorney's Office
99 NE 4th Street, 3rd Floor
Miami, Florida 33132