UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  9:18-CV-81418-ROSENBERG/REINHART

RM BROADCASTING, LLC,

    Plaintiff/Counter-Defendant,

v.

UNITED STATES DEPARTMENT
OF JUSTICE,

    Defendant/Counter-Plaintiff.
_____/

## **FINAL JUDGMENT**

This action came before the Court on the parties' cross-motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). The parties submitted briefing on the motions, and the Court heard argument on the motions on May 1, 2019. On May 7, 2019, the Court issued a written Order denying Plaintiff/Counter-Defendant RM Broadcasting, LLC's ("RM Broadcasting") motion for judgment on the pleadings and granting Defendant/Counter-Plaintiff the United States Department of Justice's cross-motion for judgment on the pleadings [DE 41].

In consideration thereof, it is **ORDERED**, **ADJUDGED**, and **DECREED** that final judgment is hereby entered in favor of the United States Department of Justice and against RM Broadcasting, as follows:

1.    RM Broadcasting is found to be an "agent of a foreign principal" under the Foreign Agents Registration Act of 1938, 22 U.S.C. § 611 *et seq.* ("FARA") for the reasons stated in the Court's Order of May 7, 2019 [DE 41].

2. Accordingly, the Court hereby enters a permanent injunction pursuant to 22 U.S.C. § 618(f) and **ORDERS** RM Broadcasting to effect a full and truthful registration with the Department of Justice under FARA no later than 14 days from the issuance of this Final Judgment, and to submit supplements thereto as required by FARA for such time as it continues to be an "agent of a foreign principal." *See* 22 U.S.C. § 612.

3. The Court further **ORDERS** RM Broadcasting to comply with FARA's other requirements for an agent of a foreign principal, including the Act's filing and labeling requirements for informational materials, 22 U.S.C. § 614, and books and records preservation requirements, 22 U.S.C. § 615.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of May, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record